1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10  BOBBY GRAYSON, III, individually, and on          Case No. 1:21-cv-00986-NONE-BAM
    behalf of other members of the general public
11  similarly situated,                               **ORDER GRANTING**
                                                      **SECOND JOINT STIPULATION TO**
12              Plaintiff,                            **EXTEND TIME FOR DEFENDANTS TO**
                                                      **RESPOND TO PLAINTIFF'S COMPLAINT**
13         v.

14  NUTRIEN, a Colorado corporation;                  Complaint Filed:  April 2, 2021
    NUTRIEN AG SOLUTIONS, INC., an                    Trial Date:       None
15  unknown business entity; WESTERN FARM             District Judge:   None
    SERVICE, INC., an unknown business entity;        Magistrate Judge: Hon. Barbara A. McAuliffe
16  and DOES 1 through 100, inclusive,                                  Courtroom 8, Fresno

17              Defendants.

18

19         The Court, having considered the parties' Second Joint Stipulation to Extend Time for

20  Defendants to Respond to Plaintiff's Complaint, and good cause appearing therefor, hereby

21  ORDERS:

22         1.      The deadline for Defendants to file a responsive pleading to Plaintiff's Complaint,

23  currently set for July 9, 2021, is continued by twelve (12) days to July 21, 2021.

24         2.      No party shall propound any discovery between now and July 21, 2021.
    IT IS SO ORDERED.
25

26  Dated:   __**July 8, 2021**__          ___/s/ *Barbara A. McAuliffe*___
                                           UNITED STATES MAGISTRATE JUDGE
27

28

21cv986.o.stip.eot.r
espond.complaint.G