# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY GRAYSON, III, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTRIEN, a Colorado corporation; NUTRIEN AG SOLUTIONS, INC., an unknown business entity; WESTERN FARM SERVICE, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:21-cv-00986-NONE-BAM<br><br>**ORDER GRANTING THIRD JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: April 2, 2021<br>Trial Date: None<br>District Judge: None<br>Magistrate Judge: Hon. Barbara A. McAuliffe<br>Courtroom 8, Fresno |

The Court, having considered the Parties' Joint Stipulation to Extend Time for Defendants to Respond to Plaintiff's Complaint, and good cause appearing therefor, hereby ORDERS:

1. Plaintiff shall provide Defendants with his proposed Second Amended Complaint no later than July 30, 2021.

2. The deadline for Defendants to file a responsive pleading to Plaintiff's Operative Complaint, currently set for July 21, 2021, is continued by twenty-eight days to August 13, 2021.

///

///

///

ORDER GRANTING THIRD JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

21cv986.o.third.stip
.eot.respond.compla

3. No party shall propound any discovery between now and August 13, 2021.

IT IS SO ORDERED.

Dated: __**July 21, 2021**__               /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE

21cv986.o.third.stip
.eot.respond.compla

2       Case No. 1:21-cv-00986-NONE-BAM
ORDER GRANTING THIRD JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT