Edwin Aiwazian (CA Bar No. 232943)
edwin@calljustice.com
Charles Sweeny (CA Bar No. 325167)
charles@calljustice.com
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

*Attorneys for* Plaintiff

EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
CHRISTOPHER W. DECKER, CA Bar No. 229426
christopher.decker@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:    213-239-9800
Facsimile:      213-239-9045

Attorneys for Defendants
NUTRIEN LTD. (erroneously sued as "NUTRIEN"),
NUTRIEN AG SOLUTIONS, INC., and WESTERN FARM SERVICE, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY GRAYSON, III, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>NUTRIEN, a Colorado corporation; NUTRIEN AG SOLUTIONS, INC., an unknown business entity; WESTERN FARM SERVICE, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:21-cv-00986-NONE-BAM<br><br>**JOINT STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE [PROPOSED] SECOND AMENDED CLASS ACTION COMPLAINT FOR DAMAGES & ENFORCEMENT UNDER THE PRIVATE ATTORNEYS GENERAL ACT, CALIFORNIA LABOR CODE § 2698, ET SEQ.**<br><br>Complaint Filed: April 2, 2021<br>Trial Date:          None<br>District Judge:   None<br>Magistrate Judge: Hon. Barbara A. McAuliffe<br>                          Courtroom 8, Fresno |

Plaintiff Bobby Grayson, III ("Plaintiff") and defendants Nutrien Ltd. (erroneously sued as "Nutrien"), Nutrien Ag Solutions, Inc., and Western Farm Service, Inc. (altogether "Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, on April 2, 2021, Plaintiff filed a putative class action complaint in the above-entitled action in the Superior Court of California, for the County of Tulare, against Defendants for violations of the California Labor Code;

**WHEREAS**, on June 1, 2021, Plaintiff filed a First Amended Complaint ("FAC"), also in the Superior Court of California, for the County of Tulare, adding a cause of action under the California Private Attorneys General Act of 2004 ("PAGA");

**WHEREAS**, Defendant has removed this Action from the California state Court to this Court;

**WHEREAS**, the Parties have met and conferred on Defendants' contemplated Motion to Dismiss Plaintiff's FAC and/or Motion to Strike Class Allegations;

**WHEREAS**, Plaintiff maintains that this Court does not have jurisdiction over this action and intends to seek remand;

**WHEREAS**, in light of Defendants' contemplated Motion to Dismiss the FAC, counsel for Plaintiff and for Defendant have met and conferred regarding an amendment to the operative complaint proposed by Plaintiff, and as a result, counsel for Defendant has agreed to stipulate to the filing of a Second Amended Class Action Complaint for Damages and Enforcement under the Private Attorneys General Act, California Labor Code § 2698, *et seq*. ("Second Amended Complaint"), attached hereto as Exhibit A;

**WHEREAS**, by stipulating to the filing of the proposed Second Amended Complaint, Defendant does not waive any substantive or procedural rights or defenses it may have to Plaintiff's claims and allegations, nor does it concede that any of the claims or allegations pleaded in the Second Amended Complaint are sufficient to survive a Motion to Dismiss and/or Motion to Strike Class Allegations;

**WHEREAS**, by filing a Second Amended Complaint while this case remains pending in

1

**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE [PROPOSED] SECOND AMENDED CLASS ACTION COMPLAINT FOR DAMAGES & ENFORCEMENT UNDER THE PRIVATE ATTORNEYS GENERAL ACT, CALIFORNIA LABOR CODE § 2698, ET SEQ.**

this federal Court, Plaintiff does not waive any substantive or procedural rights to seek remand of this action to State Court or any defenses on jurisdictional grounds;

**WHEREAS**, attached hereto as **EXHIBIT A** is Plaintiff's [Proposed] Second Amended Class Action Complaint for Damages and Enforcement under the Private Attorneys General Act, California Labor Code § 2698, *et seq*.

**IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:**

1. Plaintiff may file the attached [Proposed] Second Amended Class Action Complaint for Damages and Enforcement under the Private Attorneys General Act, California Labor Code § 2698, *et seq*.

2. Defendant shall have thirty (30) days to file and serve its response to the Second Amended Complaint, which time period shall run from the date of service thereof.

DATED: August 11, 2021          **LAWYERS *for* JUSTICE, P.C.**

                                By: */s/ Charles T. Sweeny*
                                    Edwin Aiwazian
                                    Charles T. Sweeny

                                Attorneys for Plaintiff
                                BOBBY GRAYSON, III

DATED: August 11, 2021          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                By: */s/ Christopher W. Decker*
                                    Evan R. Moses
                                    Christopher W. Decker
                                    Graham M. Helm

                                Attorneys for Defendants
                                NUTRIEN LTD. (erroneously sued as "NUTRIEN"), NUTRIEN AG SOLUTIONS, INC., and WESTERN FARM SERVICE, INC.

**ORDER**

Pursuant to the above Stipulation and good cause appearing, **IT IS HEREBY ORDERED THAT:**

The Court hereby grants Plaintiff leave to file a Second Amended Class Action Complaint for Damages and Enforcement under the Private Attorneys General Act, California Labor Code § 2698, *et seq*.  Defendants shall have thirty (30) days to file and serve its response to the Second Amended Complaint, which time period shall run from the date of service thereof.

IT IS SO ORDERED.

Dated:   **August 13, 2021**          /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE

3

**JOINT STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE [PROPOSED] SECOND AMENDED CLASS ACTION COMPLAINT FOR DAMAGES & ENFORCEMENT UNDER THE PRIVATE ATTORNEYS GENERAL ACT, CALIFORNIA LABOR CODE § 2698, ET SEQ.**