# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY GRAYSON, III, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NUTRIEN, a Colorado corporation; NUTRIEN AG SOLUTIONS, INC., an unknown business entity; WESTERN FARM SERVICE, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 1:21-cv-00986-NONE-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>MSC Date:  September 21, 2021<br>Time:  8:30 a.m.<br>Place:  Courtroom 8, **via ZOOM**<br><br>Complaint Filed:  April 2, 2021<br>Trial Date:  None<br>District Judge:  NONE<br>Mag. Judge:  Hon. Barbara A. McAuliffe<br>  Courtroom 8, Fresno |

The Court, having considered the Parties' Joint Stipulation to Continue Mandatory Scheduling Conference, and good cause appearing therefor, hereby ORDERS:

1. The Mandatory Scheduling Conference set for September 21, 2021, is continued to **November 23, 2021 at 9:00 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe** with each party connecting remotely either via Zoom video conference or Zoom telephone number.  The Parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID number and password are confidential and are not to be shared.

2. All deadlines set in the Court's Order Setting Mandatory Scheduling Conference shall be calculated from the continued date of the Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated:   **August 27, 2021**              /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE