# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY GRAYSON, III, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NUTRIEN, a Colorado corporation; NUTRIEN AG SOLUTIONS, INC., an unknown business entity; WESTERN FARM SERVICE, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 1:21-cv-00986-NONE-BAM<br><br>**ORDER GRANTING FOURTH JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: April 2, 2021<br>Trial Date:      None<br>District Judge:  NONE<br>Magistrate Judge: Hon. Barbara A. McAuliffe<br>                 Courtroom 8, Fresno |

The Court, having considered the Parties' Fourth Joint Stipulation to Extend Time for Defendants to Respond to Plaintiff's Complaint, and good cause appearing therefor, hereby ORDERS:

1. Plaintiff shall provide Defendants with his proposed Third Amended Complaint no later than September 17, 2021.

2. The deadline for Defendants to file a responsive pleading to Plaintiff's Operative Complaint, which is currently set for September 13, 2021, is continued by thirty (30) days to October 13, 2021.

///

1    Case No. 1:21-cv-00986-NONE-BAM
ORDER GRANTING FOURTH JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

21cv986.o.grant.stip.4th.ext.respond.c

3. No party shall propound any discovery between now and October 13, 2021.

IT IS SO ORDERED.

Dated: __**September 13, 2021**__        /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE

2   Case No. 1:21-cv-00986-NONE-BAM
ORDER GRANTING FOURTH JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

21cv986.o.grant.sti
p.4th.ext.respond.c