1   Edwin Aiwazian (CA Bar No. 232943)
    edwin@calljustice.com
2   Charles Sweeny (CA Bar No. 325167)
    charles@calljustice.com
3   **LAWYERS** *for* **JUSTICE, PC**
    410 West Arden Avenue, Suite 203
4   Glendale, California 91203
    Tel: (818) 265-1020 / Fax: (818) 265-1021
5
    *Attorneys for* Plaintiff
6

7   EVAN R. MOSES, CA Bar No. 198099
    evan.moses@ogletree.com
8   CHRISTOPHER W. DECKER, CA Bar No. 229426
    christopher.decker@ogletree.com
9   OGLETREE, DEAKINS, NASH, SMOAK &
    STEWART, P.C.
10  400 South Hope Street, Suite 1200
    Los Angeles, CA  90071
11  Telephone:     213-239-9800
    Facsimile:     213-239-9045
12
    Attorneys for Defendants
13  NUTRIEN LTD. (erroneously sued as "NUTRIEN"),
    NUTRIEN AG SOLUTIONS, INC., and WESTERN
14  FARM SERVICE, INC.

15                  **UNITED STATES DISTRICT COURT**

16                  **EASTERN DISTRICT OF CALIFORNIA**

17  | BOBBY GRAYSON, III, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act, | Case No. 1:21-cv-00986-NONE-BAM |
    |---|---|

18

19                                                     **JOINT STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE [PROPOSED] THIRD AMENDED CLASS ACTION COMPLAINT FOR DAMAGES & ENFORCEMENT UNDER THE PRIVATE ATTORNEYS GENERAL ACT, CALIFORNIA LABOR CODE § 2698, ET SEQ.**

20                  Plaintiff,

21          v.

22  NUTRIEN, a Colorado corporation;
    NUTRIEN AG SOLUTIONS, INC., an          Complaint Filed:  April 2, 2021
23  unknown business entity; WESTERN FARM    Trial Date:       None
    SERVICE, INC., an unknown business entity;  District Judge:   None
24  and DOES 1 through 100, inclusive,       Magistrate Judge: Hon. Barbara A. McAuliffe
                                                                Courtroom 8, Fresno
25                  Defendants.

26

27

28

Plaintiff Bobby Grayson, III ("Plaintiff") and defendants Nutrien Ltd. (erroneously sued as "Nutrien"), Nutrien Ag Solutions, Inc., and Western Farm Service, Inc. (altogether "Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, on April 2, 2021, Plaintiff filed a putative class action complaint in the above-entitled action in the Superior Court of California, for the County of Tulare, against Defendants for violations of the California Labor Code;

**WHEREAS**, on June 1, 2021, Plaintiff filed a First Amended Complaint ("FAC"), also in the Superior Court of California, for the County of Tulare, adding a cause of action under the California Private Attorneys General Act of 2004 ("PAGA");

**WHEREAS**, Defendant has removed this Action from the California state Court to this Court;

**WHEREAS**, the Parties met and conferred regarding the sufficiency of the FAC under federal pleading standards, and stipulated to leave to file a Second Amended Complaint ("SAC"), which the Court accepted for filing on August 13, 2021;

**WHEREAS**, the Parties have met and conferred on Defendants' contemplated Motion to Dismiss Plaintiff's SAC and/or Motion to Strike Class Allegations;

**WHEREAS**, Plaintiff maintains that this Court does not have jurisdiction over this action and intends to seek remand;

**WHEREAS**, in light of Defendants' contemplated Motion to Dismiss the SAC, counsel for Plaintiff and for Defendant have met and conferred regarding an amendment to the operative complaint proposed by Plaintiff, and as a result, counsel for Defendant has agreed to stipulate to the filing of a Third Amended Class Action Complaint for Damages and Enforcement under the Private Attorneys General Act, California Labor Code § 2698, *et seq*. ("Second Amended Complaint"), attached hereto as Exhibit A;

**WHEREAS**, by stipulating to the filing of the proposed Third Amended Complaint, Defendant does not waive any substantive or procedural rights or defenses it may have to Plaintiff's claims and allegations, nor does it concede that any of the claims or allegations pleaded

1

in the Third Amended Complaint are sufficient to survive a Motion to Dismiss and/or Motion to Strike Class Allegations;

**WHEREAS**, by filing a Third Amended Complaint while this case remains pending in this federal Court, Plaintiff does not waive any substantive or procedural rights to seek remand of this action to State Court or any defenses on jurisdictional grounds, nor does Plaintiff concede any of the allegations in the SAC fail to satisfy applicable pleading requirements;

**WHEREAS**, attached hereto as **EXHIBIT A** is Plaintiff's [Proposed] Third Amended Class Action Complaint for Damages and Enforcement under the Private Attorneys General Act, California Labor Code § 2698, *et seq*.

**IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:**

1.      Plaintiff may file the attached [Proposed] Third Amended Class Action Complaint for Damages and Enforcement under the Private Attorneys General Act, California Labor Code § 2698, *et seq*.

2.      Defendant shall have thirty (30) days to file and serve its response to the Third Amended Complaint, which time period shall run from the date of service thereof.

DATED:  October 13, 2021                               **LAWYERS *for* JUSTICE, P.C.**

By: */s/ Charles T. Sweeny*
                                                                         Edwin Aiwazian
                                                                         Charles T. Sweeny

                                                                         Attorneys for Plaintiff
                                                                         BOBBY GRAYSON, III

2

1

DATED:  October 13, 2021

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

2

3

4

By:  */s/ Christopher W. Decker*
Evan R. Moses
Christopher W. Decker
Graham M. Helm

5

6

Attorneys for Defendants
NUTRIEN LTD. (erroneously sued as
"NUTRIEN"), NUTRIEN AG SOLUTIONS,
INC., and WESTERN FARM SERVICE, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**ORDER**

Pursuant to the above Stipulation and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1.   The Court hereby grants Plaintiff leave to file a Third Amended Class Action Complaint for Damages and Enforcement under the Private Attorneys General Act, California Labor Code § 2698, *et seq.*

2.   Plaintiff shall file the Third Amended Class Action Complaint for Damages and Enforcement under the Private Attorneys General Act, California Labor Code § 2698, et seq. **within ten (10) days** of the date of this Order; and

3.   Defendants shall have thirty (30) days to file and serve a response to the Third Amended Complaint, which time period shall run from the date of service thereof.

IT IS SO ORDERED.

Dated:   __**October 15, 2021**__          ____/s/ *Barbara A. McAuliffe*____
                                                              UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE
[PROPOSED] THIRD AMENDED CLASS ACTION COMPLAINT FOR DAMAGES & ENFORCEMENT UNDER THE PRIVATE
ATTORNEYS GENERAL ACT, CALIFORNIA LABOR CODE § 2698, ET SEQ.