1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   BOBBY GRAYSON, III, individually, and on          No. 1:21-cv-00986-NONE-BAM
     behalf of other members of the general public
12   similarly situated,                              **[PROPOSED] ORDER GRANTING JOINT
                                                       STIPULATION TO EXTEND BRIEFING
13                    Plaintiff,                       SCHEDULE ON PLAINTIFF'S MOTION
                                                       TO REMAND AND HOLD DEFENDANTS'
14          v.                                         MOTION TO DISMISS IN ABEYANCE**

15   NUTRIEN, a Colorado corporation;
     NUTRIEN AG SOLUTIONS, INC., an                    Complaint Filed:  April 2, 2021
16   unknown business entity; WESTERN FARM             Trial Date:       None
     SERVICE, INC., an unknown business entity;        District Judge:   None
17   and DOES 1 through 100, inclusive,                Magistrate Judge: Hon. Barbara A. McAuliffe
                                                                         Courtroom 8, Fresno
18                    Defendants.

19

20          The Court, having considered the Parties' Joint Stipulation to Extend Briefing Schedule on

21   Plaintiff's Motion to Remand and Hold Defendants' Motion to Dismiss in Abeyance, and good

22   cause appearing therefor, hereby ORDERS:

23          1.      Defendants' Opposition to the Motion to Remand shall be extended three weeks

24   from December 24, 2021 to January 13, 2022;

25          2.      Plaintiff's Reply in Support of His Motion to Remand shall be due on January 27,

26   2022;

27   /////

28   /////

21cv986.EOT(lbc.a)   [PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE, ETC.

3.     The Court will hold Defendants' Motion to Dismiss in abeyance until Plaintiff's Motion to Remand has been adjudicated.

IT IS SO ORDERED.

Dated:   __**January 3, 2022**__                    _____
                                                                                          UNITED STATES DISTRICT JUDGE

                                                                                                 No. 1:21-cv-00986-NONE-BAM
21cv986.EOT(lbc.a)
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE, ETC.

49691887.v1-OGLETREE