UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY GRAYSON, III, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTRIEN, a Colorado Corporation; NUTRIEN AG SOLUTIONS, INC., an unknown business entity; WESTERN FARM SERVICE, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  1:21-cv-00986-NONE-BAM<br><br>**ORDER GRANTING SECOND JOINT STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>(Doc. 35) |

Currently before the Court is the parties' stipulation to continue the Mandatory Scheduling Conference an additional 90 days due to the pending motions in this action, including Plaintiff's Motion to Remand and Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint or, in the alternative Motion to Strike Class Allegations.  (Doc. 35.)

Having considered the parties' stipulation, and good cause appearing, the Mandatory Scheduling Conference currently scheduled for January 12, 2022 is HEREBY CONTINUED to **April 12, 2022, at 8:30 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall appear at the conference remotely either via Zoom video conference

1

or Zoom telephone number.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID and password are confidential and are not to be shared.  Appropriate court attire required.

All deadlines set in the Court's Order Setting Mandatory Scheduling Conference will be calculated from the date of the continued Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated: **January 4, 2022**            /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE