# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY GRAYSON, III, individually, and on behalf of other members of the general public similarly situated., <br><br> Plaintiff, <br><br> vs. <br><br> NUTRIEN, a Colorado corporation; NUTRIEN AG SOLUTIONS, INC., an unknown business entity; WESTERN FARM SERVICE, INC., an unknown business entity; and DOES 1 through 100, inclusive, <br><br> Defendant. | 1:21-cv-00986-ADA-BAM <br><br> ORDER GRANTING JOINT STIPULATION TO WITHDRAW PENDING MOTIONS <br><br> (ECF Nos. 25, 27, 44, 54) |

On February 24, 2023, Parties filed a joint notice of settlement and stipulation to withdraw the pending motions. (ECF No. 54). The Court, having considered the Parties' Joint Notice of Settlement and Stipulation to Withdraw Pending Motions, and good cause appearing, hereby ORDERS:

1. Plaintiff's Motion To Remand (ECF No. 27) is withdrawn,

2. Defendant's Motion for Leave to File Surreply to Plaintiff's Motion to Remand (ECF No. 44) is denied as moot, and

///

///

///

3. Defendants' Motion To Dismiss Or, In The Alternative, Strike Class Allegations (ECF No. 25) is withdrawn.

IT IS SO ORDERED.

Dated: March 7, 2023

_____
UNITED STATES DISTRICT JUDGE