Edwin Aiwazian (Cal. State Bar No. 232943)
 *edwin@calljustice.com*
Arby Aiwazian (Cal. State Bar No. 269827)
 *arby@calljustice.com*
Joanna Ghosh (Cal. State Bar No. 272479)
 *joanna@calljustice.com*
Alexandra Rose (Cal. State Bar No. 329407)
 *a.rose@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

*Attorneys for* Plaintiff

*[Additional counsel on following page]*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY GRAYSON, III, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;<br><br>    Plaintiff,<br><br>vs.<br><br>NUTRIEN, a Colorado corporation; NUTRIEN AG SOLUTIONS, INC., an unknown business entity; WESTERN FARM SERVICE, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 1:21-cv-00986-ADA-BAM<br><br>Honorable Barbara A. McAuliffe<br>Courtroom 8<br><br>**<u>CLASS ACTION</u>**<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO FILE PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; [PROPOSED] ORDER THEREON**<br><br>Complaint Filed:   April 2, 2021<br>FAC Filed:              June 1, 2021<br>SAC Filed:              August 13, 2021<br>TAC Filed:             October 25, 2021<br>Trial Date:              None Set |

GRAHAM M. HELM (Cal. State Bar No. 316002)
   *graham.helm@ogletree.com*
KATHERINE A. MANUEL (Cal. State Bar No. 340838)
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C**.
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Tel: 415-442-4810 / Fax:        415-442-4870

Evan R. Moses (Cal. State Bar No. 198099)
   *Evan.moses@ogletree.com*
Christopher W. Decker (Cal. State Bar No. 229426)
   *christopher.decker@ogletree.com*
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Tel: 213-239-9800 / Fax: 213-239-9045

*Attorneys for* Defendants
NUTRIEN LTD. (erroneously sued as "NUTRIEN")
NUTRIEN AG SOLUTIONS, INC., and
WESTERN FARM SERVICE, INC.

1

**JOINT STIPULATION TO CONTINUE DEADLINE TO FILE PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; [PROPOSED] ORDER THEREON**

Plaintiff Bobby Grayson, III ("Plaintiff") and Defendants Nutrien LTD. (erroneously sued as "Nutrien"), Nutrien AG Solutions Inc., and Western Farm Service, Inc. (together, "Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, the Parties have reached a class-wide settlement which, if approved by the Court, will resolve the above-caption action in its entirety;

**WHEREAS**, on February 24, 2023, the Parties filed a Joint Notice of Settlement and Stipulation to Withdraw the Pending Motions;

**WHEREAS**, on March 7, 2023, the Court entered an Order Granting Joint Stipulation to Withdraw Pending Motions;

**WHEREAS**, on March 9, 2023, the Court entered a Minute Order setting the deadline for Plaintiff to file a motion for preliminary approval of class action settlement no later than April 7, 2023 and vacating all other pending dates and matters;

**WHEREAS**, the Parties require more time to finalize the long-form settlement agreement, proposed amended complaint, and moving papers with respect to Plaintiff's motion for preliminary approval of class action settlement;

**WHEREAS**, the Parties seek an order continuing the deadline to file the motion for preliminary approval of class action settlement by approximately thirty (30) calendar days to May 5, 2023;

**THEREFORE**, subject to the Court's approval, **THE PARTIES HEREBY STIPULATE** to an order by the Court as follows:

Plaintiff's deadline to file his motion for preliminary approval of class action settlement shall be continued approximately thirty (30) calendar days from the previously set date of April 7, 2023 to May 5, 2023.

///
///
///
///

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

1       **IT IS SO STIPULATED.**

3   Dated: April 5, 2023                              **LAWYERS *for* JUSTICE, PC**

5                                                     By: /s/ Alexandra Rose
                                                          Joanna Ghosh
6                                                         Alexandra Rose

7                                                     *Attorneys for* Plaintiff

9   Dated: April 5, 2023                              **OGLETREE, DEAKINS, NASH,**
                                                      **SMOAK & STEWART, P.C.**

12                                                    By: /s/ Christopher W. Decker
                                                          Evan R. Moses
13                                                        Christopher W. Decker
                                                          Graham M. Helm
14                                                        Katherine A. Manuel
15                                                    *Attorneys for* Defendants

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

3
**JOINT STIPULATION TO CONTINUE DEADLINE TO FILE PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; [PROPOSED] ORDER THEREON**

**ORDER**

The Court, having reviewed the Parties' Joint Stipulation to Continue Deadline to File Plaintiff's Motion for Preliminary Approval of Class Action Settlement, and good cause appearing, hereby orders as follows:

Plaintiff's deadline to file his motion for preliminary approval of class action settlement is continued to May 5, 2023.

IT IS SO ORDERED.

Dated:   **April 6, 2023**               /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203