UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY GRAYSON, III, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>NUTRIEN, a Colorado corporation; NUTRIEN AG SOLUTIONS, INC., an unknown business entity; WESTERN FARM SERVICE, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:21-cv-00986-ADA-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE TO FILE PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>(Doc. 63) |

On June 2, 2023, the parties filed a joint stipulation seeking an order continuing the deadline to file the motion for preliminary approval of class action settlement from June 2, 2023, to June 30, 2023. (Doc. 63.) Having reviewed the parties' stipulation, and good cause appearing, Plaintiff's deadline to file his motion for preliminary approval of class action settlement is continued to June 30, 2023.

IT IS SO ORDERED.

Dated:  **June 5, 2023**          /s/ Barbara A. McAuliffe           _
UNITED STATES MAGISTRATE JUDGE

1