Edwin Aiwazian (Cal. State Bar No. 232943)
*edwin@calljustice.com*
Arby Aiwazian (Cal. State Bar No. 269827)
*arby@calljustice.com*
Joanna Ghosh (Cal. State Bar No. 272479)
*joanna@calljustice.com*
Annabel Blanchard (Cal. State Bar No. 258135)
*annabel@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

*Attorneys for* Plaintiff

*[Additional counsel on following page]*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

BOBBY GRAYSON, III, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;

Plaintiff,

vs.

NUTRIEN, a Colorado corporation; NUTRIEN AG SOLUTIONS, INC., an unknown business entity; WESTERN FARM SERVICE, INC., an unknown business entity; and DOES 1 through 100, inclusive,

Defendants.

Case No.: 1:21-cv-00986-ADA-BAM

Honorable Barbara A. McAuliffe
Courtroom 8

**CLASS ACTION**

**JOINT STIPULATION TO CONTINUE DEADLINE TO FILE PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; ~~[PROPOSED]~~ ORDER THEREON**

| | |
|---|---|
| Complaint Filed: | April 2, 2021 |
| FAC Filed: | June 1, 2021 |
| SAC Filed: | August 13, 2021 |
| TAC Filed: | October 25, 2021 |
| Trial Date: | None Set |

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

Graham M. Helm (Cal. State Bar No. 316002)
*graham.helm@ogletree.com*
Katherine A. Manuel (Cal. State Bar No. 340838)
*katherine.manuel@ogletree.com*
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C**.
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Tel: 415-442-4810 / Fax: 415-442-4870

Evan R. Moses (Cal. State Bar No. 198099)
*Evan.moses@ogletree.com*
Christopher W. Decker (Cal. State Bar No. 229426)
*christopher.decker@ogletree.com*
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Tel: 213-239-9800 / Fax: 213-239-9045

*Attorneys for* Defendants
NUTRIEN LTD. (erroneously sued as "NUTRIEN")
NUTRIEN AG SOLUTIONS, INC., and
WESTERN FARM SERVICE, INC.

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

Plaintiff Bobby Grayson, III ("Plaintiff") and Defendants Nutrien LTD. (erroneously sued as "Nutrien"), Nutrien AG Solutions Inc., and Western Farm Service, Inc. (together, "Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, the Parties have reached a class-wide settlement which, if approved by the Court, will resolve the above-caption action in its entirety;

**WHEREAS**, on February 24, 2023, the Parties filed a Joint Notice of Settlement and Stipulation to Withdraw the Pending Motions;

**WHEREAS**, on March 7, 2023, the Court entered an Order Granting Joint Stipulation to Withdraw Pending Motions;

**WHEREAS**, on March 9, 2023, the Court entered a Minute Order setting the deadline for Plaintiff to file a motion for preliminary approval of class action settlement no later than April 7, 2023 and vacating all other pending dates and matters;

**WHEREAS**, on April 7, 2023, pursuant to the Parties' joint stipulation, the Court entered an Order continuing the deadline for Plaintiff to file a motion for preliminary approval of class action settlement to May 5, 2023;

**WHEREAS**, on May 8, 2023, pursuant to the Parties' joint stipulation, the Court entered an Order continuing the deadline for Plaintiff to file a motion for preliminary approval of class action settlement to June 2, 2023;

**WHEREAS**, on June 5, 2023, pursuant to the Parties' joint stipulation, the Court entered an Order continuing the deadline for Plaintiff to file a motion for preliminary approval of class action settlement to June 30, 2023;

**WHEREAS**, the Parties have finalized the long-form settlement agreement and all exhibits thereto, and the moving papers with respect to Plaintiff's motion for preliminary approval of class action settlement, and now only await signature by Defendants on the long-form settlement agreement;

**WHEREAS**, the Parties seek an order continuing the deadline to file the motion for preliminary approval of class action settlement by approximately fourteen (14) calendar days to

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

July 14, 2023;

**THEREFORE**, subject to the Court's approval, **THE PARTIES HEREBY STIPULATE** to an order by the Court as follows:

Plaintiff's deadline to file his motion for preliminary approval of class action settlement shall be continued approximately fourteen (14) calendar days from the previously set date of June 30, 2023 to July 14, 2023.

**IT IS SO STIPULATED.**

Dated: June 30, 2023

**LAWYERS *for* JUSTICE, PC**

By: /s/ Annabel Blanchard
Joanna Ghosh
Annabel Blanchard

*Attorneys for* Plaintiff

Dated: June 30, 2023

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: /s/ Christopher Decker
Evan R. Moses
Christopher W. Decker
Graham M. Helm
Katherine A. Manuel

*Attorneys for* Defendants

**ORDER**

The Court, having reviewed the Parties' Joint Stipulation to Continue Deadline to File Plaintiff's Motion for Preliminary Approval of Class Action Settlement, hereby orders as follows:

Plaintiff's deadline to file his motion for preliminary approval of class action settlement is continued to July 14, 2023.

IT IS SO ORDERED.

Dated: **July 5, 2023**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203