UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY GRAYSON, III, | No. 1:21-cv-00986-KES-BAM |
| Plaintiff, | ORDER DIRECTING THE FILING OF SUPPLEMENTAL BRIEFING AND DOCUMENTATION |
| v. | |
| NUTRIEN, et al, | (Doc. 67) |
| Defendant. | |

On July 14, 2023, Plaintiff Bobby Grayson, III filed a motion for preliminary approval of the parties' class action settlement. Doc. 67. Defendants do not oppose plaintiff's motion. Docs. 69, 77. On March 14, 2024, this case was reassigned to the undersigned. Doc. 71. The court has reviewed plaintiff's motion and requires additional information in evaluating whether to preliminarily approve the parties' settlement in this class action.

The parties are directed to file supplemental briefing or declarations addressing the following:

1. the estimated maximum value of the class members' claims and the basis for calculating those values;
2. the estimated low-end, average, and high-end payments to be made to class members;
3. the factual and legal basis for any settlement discounts from the potential maximum value of the claims;

4. the factual and legal basis for determining that the proposed settlement is "within an acceptable range of recovery for this type of litigation" (Declaration of Annabel Blanchard, Doc. 67-1 at ¶ 21);

5. the factual basis for adding a new defendant, Crop Production Services, Inc., in the proposed Fourth Amended Complaint;

6. the extent of discovery conducted by plaintiff as to Crop Production Services, Inc.;

7. the adequacy of plaintiff as the class representative, including as to claims against Crop Production Services, Inc.;[1]

8. the extent of plaintiff's counsel's investigation of the claims, including whether plaintiff's counsel conducted interviews or depositions of potential class members other than plaintiff;

9. the evidence of commonality of the class members, including evidence regarding whether the class includes employees who are not or were not employed as delivery drivers; regarding the relationship between the defendants; and regarding the assertions that "Class Members were expected to perform similar job duties and were subject to the same or similar operations and employment policies, practices, and procedures" and "Defendants' recordkeeping practices with respect to Plaintiff and Class Members were substantially the same during the time period at issue" (Declaration of Annabel Blanchard, Doc. 67-1 ¶ 16);

10. whether the parties have served the proposed settlement on appropriate state and/or federal officials;

11. the adequacy of the proposed notice, which does not provide an estimate or approximate range of potential individual payments to class members, and whether the parties intend to include a website where the class members can learn about the proposed settlement.

---

[1] Plaintiff's declaration in support of the motion for preliminary approval does not indicate he was employed by Crop Production Services, Inc. *See* Declaration of Bobby Grayson, III, Doc. 67-2 at ¶ 2.

2

Some of the information to be provided in supplemental briefing – such as the estimated value of the claims – may impact a review of the fairness and reasonableness of the proposed settlement. The parties may provide any additional supplemental information they believe would assist the court in ruling on the pending motion. Counsel may also supplement their explanation of why the proposed settlement is fair and reasonable in light of the new information provided.

Accordingly, IT IS HEREBY ORDERED that the parties shall file supplemental briefing and/or declarations addressing these issues within twenty-one (21) days from the date of entry of this order. Plaintiff is also directed to file an amended class notice with its supplemental filing, correcting the proposed class notice to reflect the current case number, assigned judge, and courtroom (*see* Notice of Class Action Settlement, Doc. 67-3).

IT IS SO ORDERED.

Dated:   July 8, 2024

_____
UNITED STATES DISTRICT JUDGE