Edwin Aiwazian (Cal. State Bar No. 232943)
  *edwin@calljustice.com*
Arby Aiwazian (Cal. State Bar No. 269827)
  *arby@calljustice.com*
Joanna Ghosh (Cal. State Bar No. 272479)
  *joanna@calljustice.com*
Selena Matavosian (Cal. State Bar No. 348044)
  *selena@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

*Attorneys for* Plaintiff

Christopher W. Decker (Cal. State Bar No. 229426)
  *christopher.decker@ogletree.com*
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Tel: (213) 239-9800 / Fax: (213) 239-9045

*Attorneys for* Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY GRAYSON, III, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUTRIEN, a Colorado corporation; NUTRIEN AG SOLUTIONS, INC., an unknown business entity; WESTERN FARM SERVICE, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1:21-cv-00986-KES-BAM<br><br>Honorable Kirk E. Sherriff<br>Courtroom 6<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE TO FILE SUPPLEMENTAL PAPERS IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed:  April 2, 2021<br>FAC Filed:  June 1, 2021<br>SAC Filed:  August 13, 2021<br>TAC Filed:  October 25, 2021<br>Trial Date:  None Set |

The Court, having reviewed the Joint Stipulation to Continue Deadline to File Supplemental Papers in Support of Motion for Preliminary Approval of Class Action Settlement ("Joint Stipulation"), entered into by and between Plaintiff Bobby Grayson, III ("Plaintiff") and Defendants Nutrien, Nutrien AG Solutions, Inc., and Western Farm Service, Inc. ("Defendants"), by and through their respective attorneys of record herein, and good cause appearing, **HEREBY ORDERS AS FOLLOWS:**

The Court hereby grants the Joint Stipulation and extends the deadline for the parties to file supplemental papers in support of the Motion for Preliminary Approval of Class Action Settlement to August 19, 2024.

IT IS SO ORDERED.

Dated:   July 30, 2024

_____
UNITED STATES DISTRICT JUDGE

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

1
ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE TO FILE SUPPLEMENTAL PAPERS IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT